FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ AUG 06 2012 ★

LONG ISLAND OFFICE

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------x

MACK Butler #217709,
Full name of plaintiff/prisoner ID#

Plaintiff,

JURY TRIAL DEMAND
YES ✓ NO ____

-against-

Suffolk County, Vincent F. DeMarco, Joseph T. Caracappa, John R. Meyerricks in their individual and official capacity.
Enter full names of defendants
[Make sure those listed above are identical to those listed in Part III.]

CV-12 3917
SEYBERT, J
BROWN, M. J.

Defendants.

---------------------------------------------------x

I. Previous Lawsuits:

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: MACK Butler #217709

Defendants: Suffolk County, Police Dept Incorp, Suffolk County Police Benevolent Assn. Detective Patrick McDermott shield No. 198, Individually, official capacity

2. Court (if federal court, name the district; if state court, name the county)
United States District Court, Eastern District of New York.

3. Docket Number: 11-CV-3470 (JS)(GRB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 06 2012 ★
LONG ISLAND OFFICE

Civil Rights complaint
42 U.S.C. § 1983

Previous Lawsuits:

1. Parties to this previous Lawsuit:
Butler, et al. v. suffolk county, et al. (formerly known as Lynch v. DeMarco).

Plaintiffs:
Mack Butler, Dashaun Sims, Clyde Lofton, Paul Alver, Kevin King, and Rickey Lynch, on behalf of themselves and all others similarly situated,

Defendants:
suffolk county, VINCENT F. DeMARCO, in his individual and official capacity, Joseph T. CARACAPPA, in his individual and official capacity, John P. MeYeRRicks, in his individual and official capacity.

2. Court (If federal court, name the district; If state court, name the county)

3. Docket Number. CV 11/02602 (JS)(GRB)

4. NAME of the Judge to whom CASE WAS Assigned. HON. GARY R. BROWN

5. Disposition: (For example: WAS the case Dismissed? WAS it Appealed? IS it still pending?)
THE suit is still pending.

6. Approximate Date of filling Lawsuit:
MAY, 2011

7. Approximate Date of Disposition:
STill pending

4. Name of the Judge to whom case was assigned: Hon. Gary R. Brown

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)
Still pending

6. Approximate date of filing lawsuit: July, 2011

7. Approximate date of disposition: Still pending

II. Place of Present Confinement: Riverhead (Suffolk county) correctional facility

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is YES,

1. What steps did you take? I made two written request, then grieve the situation, last year and this year.

2. What was the result? Grievance denied.

D. If your answer is NO, explain why not
N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

F. If your answer is YES,

1. What steps did you take? N/A

2. What was the result? N/A

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff MACK Butler # 217709

Address 110 Center Drive, Riverhead N.Y 11901

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1 Sheriff, Vincent F. DeMarco
100 Center Dr, Riverhead N.Y 11901

Defendant No. 2 Joseph T. Caracappa
110 Center Drive, Riverhead N.Y 11901

Defendant No. 3 John P. Meyerricks
110 Center Drive, Riverhead NY 11901

Defendant No. 4 ______________________

Defendant No. 5 ______________________

[Make sure that the defendants listed above are identical to those listed in the caption on page 1]

IV. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

I MACK Butler # 217709, I'M A INMATE At Riverhead corr. facility IN Suffolk county in Custody of Sheriff Vincent F. DeMarco AND WARDEN AND Deputy WARDEN, Joseph T CARACAPPA AND John P. MeYerricks, IVE Been At this facility since 1/8/2011, I MACK Butler Being A Devote muslim At Practise HAVE TO fast for Approx Thirty Day's every year in the Holy month of RAMADAN. Last year RAMADAN CAME in Aug. 1st 2011, After speaking To Program sgt Fichar AND Program Lt. Mcclarkin in regard's To Being served Halal meal During the Month of RAMADAN AND Being Denied, I Proceeded to grievance step's which was Denied AND my Appeal To WARDEN WAS not Answered (8/9/2011) Grievance # R-2011-368. This Year (2012) RAMADAN CAME Approx July 20th 2012 After speaking with and giving written request Twice To sgt. Fichar AND Lt. Mcclarkin AS well AS speaking To A Head cook At 5:30 PM 7/21/2012 (see Additional statement)

IV. A If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

extreme stress, AS A result of religous Disrespect AND DisregARD's. July 29th 2012 Approx 8:00PM Shake Down Sgt's AND Officer's threw my meal on the floor AND Place my Prayer Rug inside the Toilet. I'M waiting to Be Called to mental Health, I've Dropped several slip's.

(ADDitional) STatement of Claim:

expressing that inmate are entitled to observe reasonable Dietary Laws established by thier religion, and that the muslim Islamic Law say's I should be served Halal meal's. I gave two written request to program department sgt. Picker and program Lt. McClarkin on 7/20/2012 and 7/21/2012 The program Department along with the kicthen Department Head cooks and cooks: Joe Morrison, Daniel, Chris, Tod, Barbra, and Mick reply was, Thier is no Halal meal for muslim's in Riverhead corr. facility namely for Mack Butler. I placed a grievance 7/26/2012 After being served: fish cakes, Beet's, mash potatoes, salad (7/20/2012) Red meat sauce, kidney beans, rice, salad (7/21/2012), red meat sauce, meat patties, noodles, Green pea's, salad (7/22/2012), chicken, potatoes, corn, salad 7/24/2012 Turkey meat sauce, rice, Lamma bean's, salad (7/23/2012), pasta meat sauce, mixed vegetable, salad (7/25/2012), meat sauce, french fries, cheese bread, salad (7/26/2012), fish cake, Beet's, mash potatoes, salad, cheese bread, (7/27/2012) etc.

My first and fourteenth amendment's are and has been violated by the name defendant in thier individual and official capacity. On July, 29th, 2012 at approx 8:00 pm while serving our Ramadan meal a shake down was conducted and, A sgt. ordered officer's to throw out all food product's that was served to the muslim inmates that was fasting the entire Day. A shakedown was only conducted on the tier where the muslim was fasting, not the south east tier, only the south west tier that is being used for Ramadan inmates. I recieved no meal or any type the night of 7/29/2012.

V. Relief:

State what relief you are seeking if you prevail on your complaint.

That the Riverhead corr. facility provide Halal meal's All year including the month of Ramadan. Damage's in the amount of $ 10 million dollars in compensatory and punitive damages in their individually and official capacity for the mental pain and suffering. Awarding such other and further relief that this court may deem just and proper.

I declare under penalty of perjury that on 8/3/2012 (Date), I delivered this complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this 3rd day of August, 2012. I declare under penalty of perjury that the foregoing is true and correct.

[signature]
Signature of Plaintiff

Suffolk county corr. facility (Riverhead).
Name of Prison Facility

110 Center Drive
Riverhead NY 11901

Address

# 217709
Prisoner ID#

**SUFFOLK COUNTY SHERIFF'S OFFICE GRIEVANCE FORM**

| NAME: MACK Butler | | | GRIEVANCE #: R-2011-368 | |
|---|---|---|---|---|
| PIN #: 217709 | D.O.B.: 10/31/1974 | LOCATION: 2 south west | FACILITY: Riverhead | DATE: 8/4/2011 |

**I. Specific detailed description of the Grievance:** (Be sure to review Grievance Procedure as outlined in the Inmate Rulebook **before** completing Grievance.) You should first attempt to resolve this issue with your Housing Officer and/or the Housing Area Sergeant.

ON the AfterNOON of Aug, 1st, 2011, I spoke to the Housing officer along with A program or special Activity Sergeant Namely Sergeant fisher and Lt. Mc Clavrkin at Approx 2:25 PM. Myself along with every muslim inmate ask the Sgt and Lt Mc-Clavrkin Are we going to recieve or Blessed, Halal meal when the sunsets; the reply from sergeant fisher and Lt. McClaurkin was "it's not in the Budget". I further stated that every other correctional facility on long island - and the city as well as upstate recieves Blessed Halal food. The sergeant fisher and Lieutenant Mc elnorkin replied You All should have Got locked up in those places and that Halal is not in the Budget. This Action took place During the meet Between the Muslim inmate community and the program sergeant and Lieutenant. when the food cart came to unit one south west to serve the muslim inmates Blessed Halal food was not present to offer to muslim inmate at Riverhead corr. facility.

Additional Sheets Attached ( )

**II. Action(s) requested by the grievant:**

That the muslim inmate's Be Allowed to practise the religion of Islam By Breaking our fast with A Halal meal (Blessed food) everyday in the month of RAMADAN.

Additional Sheets Attached ( )

Signature of Grievant: Mack Butler Date: 8/4/2011

* * * * * * **INMATES DO NOT WRITE BELOW THIS LINE** * * * * * *

**Receiving Officer** – List any and all attempts made to resolve the issue described above.

Receiving Officer: # Date:

**Housing Area Sergeant** – List any and all attempts made to resolve the issue described above.

# SUFFOLK COUNTY SHERIFF'S OFFICE
# GRIEVANCE PROCESSING UNIT DECISION FORM

| NAME: Butler, Mack | | GRIEVANCE # R-2011-368 | | |
|---|---|---|---|---|
| PIN # 217709 | D.O.B. 10-31-1974 | LOCATION: 1S/W | FACILITY: Riverhead | DATE: 08-09-2011 |

**Decision of the Grievance Coordinator:** (include specific facts / reasons supporting the decision)

☒ Grievance Denied ☐ Grievance Accepted ☐ Grievance Resolved

Inmate Butler has one issue he is grieving.

Issue: Inmate Butler wants the proper Halal meal served for Ramadan.

Response: The Facility Kitchen Staff is attempting to follow the Ramadan constraints as possible. The food provided consists of: a larger entree plate, a garden salad, fruit, cereal, peanut butter, jelly, bread, juice, milk, and hot water. An inmate Imam oversees the loading of the food cart and delivers it to the celebrating inmates. The State Commission of Correction states in Section 7024.6 Prisoners are entitled to observe reasonable dietary laws established by their religion. The diet provided is reasonably close to the Ramadan Halal meal required by the Muslim religion.

**Acceptance / Appeal of Grievance Decision:** (Please check one below)

I agree to accept the decision ☐

I wish to appeal to the Warden ☑

**Inmate Signature:** [signature] **Date:** 8/10/11

**Signature of Grievance Coordinator:** Sgt. [signature] **Date:** 08-09-2011

Distribution: Original to Grievance Case File, copy to Prisoner

SCSO CF-219F (01/11)

(first Request) 7/20/2012

- Hot water at night on Inmate Ramadan Tier.
- Two Hot Breakfast meal's A week
- Halal meal's in accordance with sec. 7024.6 (Prisoner are allowed Dietary Law's established By Thier Religon)
- Salad Dressing

Signed. [signature]
# 217709

CC. Lt of Program's (Religous service's)

(SECOND Request) 7/21/2012

- Hot water At night ON RAMADAN TiER
- Two Hot Breakfast meal's A week
- Halal meals in ACCORDANCE with sec. 7024.6 (Prisoners are Allowed Dietary Laws established By thier religion)
- SALAD Dressing
- Jesse Frierson, Is not recieving his Ramadan feed up.

Signed [signature]
# 217709

CC. Lt of Program's
(religous services)

# SUFFOLK COUNTY SHERIFF'S OFFICE
# GRIEVANCE FORM

| NAME: [illegible] | | GRIEVANCE # R-2012-365 | |
|---|---|---|---|
| PIN # 21[illegible] | D.O.B. [illegible] | LOCATION: [illegible] | FACILITY: [illegible] | DATE: [illegible]/2012 |

**I. Specific detailed description of the grievance:** (Be sure to review the grievance procedure as outlined in the Inmate Handbook **before** completing this form.) You should first attempt to resolve this issue with your Housing Unit Officer and/or Area Sergeant.

[illegible]

(Grievance # R-2012-[illegible])

Additional sheets attached ( )

**II. Action(s) requested by the grievant:**

[illegible]

Additional sheets attached ( )

***** INMATES DO NOT WRITE BELOW THIS LINE *****

**Receiving Officer** - List any all attempts made to resolve the issue described above.

RECEIVED 2012 JUL 27 PM 1:2[illegible]

Receiving Officer: # Date:

**Housing Area Sergeant** - List any all attempts made to resolve the issue described above.

Housing Unit Sergeant: # Date:

# SUFFOLK COUNTY SHERIFF'S OFFICE
# GRIEVANCE APPEAL FORM

| **NAME:** Butler, Mack | | | **GRIEVANCE #** R-2011-368 | |
|---|---|---|---|---|
| PIN # 217709 | D.O.B. 10-31-1974 | LOCATION: 1S/W | FACILITY: Riverhead | DATE: Aug 12, 2011 |

**Decision of the Warden:** (Include specific facts / reasons supporting the decision)

[X] **Grievance Denied** [ ] **Grievance Accepted**

I have reviewed the pertinent documents and sustained the decision of the grievance unit.

**Warden's Signature:** [signature] **Date:** 08/12/2011

**Acceptance / Appeal of the Warden's Decision:** (Please check one below)

I agree to accept the decision [ ]

I have read the decision of the Warden, and I wish to appeal to the Citizens Policy Complaint Review Council (C. P. C. R. C.) at the Commission of Correction. [✓]

**Grievant Signature:** Mack Butler **Date:** 8/19/2011

**SUBMISSION TO THE CITIZENS POLICY AND COMPLAINT REVIEW COUNCIL:**

[✓] I HAVE ENCLOSED WITH THIS GRIEVANCE THE INVESTIGATION REPORT AND ALL OTHER PERTINENT DOCUMENTS.

**Signature of Grievance Coordinator:** Sgt. [signature] 5188 **Date:** 08-19-2011

Distribution: Original to Grievance Case File, copy to Prisoner

SCSO CF-219C (01/11)

I recieved this copy Today. 8/3/2012

Mack Butler

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7007 0710 0005 6799 6725

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

2-2011-368 Bottle 08-19-2011

Sent To: Citizen's Policy and Complaint Review Council
Street, Apt. No.; or PO Box No.: New York State Commission of Correction
City, State, ZIP+4: 80 Wolf Road, 4th Floor Albany, New York 12205

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Citizen's Policy and Complaint
Review Council
New York State Commission of Correction
80 Wolf Road, 4th Floor
Albany, New York 12205

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) [signature] C. Date of Delivery 8/24/11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0005 6799 6725

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

I recieved this copy Today, 8/3/2012

[signature]

STATE OF NEW YORK • EXECUTIVE DEPARTMENT
STATE COMMISSION OF CORRECTION
80 WOLF ROAD, 4TH FLOOR
ALBANY, NY 12205-2670
(518) 485-2346
FAX (518) 485-2467

CHAIRMAN
Thomas A. Beilein

COMMISSIONER
Phyllis Harrison-Ross, M.D.




October 18, 2011

Sheriff Vincent DeMarco
Suffolk County Sheriff's Office
100 Center Drive
Riverhead, New York 11901

Re: Grievance #11-LG-16142 - Facility #R-2011-368 – Mack Butler

Dear Sheriff DeMarco:

The Citizens' Policy and Complaint Review Council has reviewed the above-referenced grievance at its October 13, 2011 meeting and the Council voted to deny this grievance. The Council sustains the action taken by the facility administration.

If you have any questions about the Council's decision, please direct any inquiries to me at the above address.

Sincerely,

Thomas A. Beilein

Thomas A. Beilein
Chairman

cc: Facility Grievance Coordinator

INMATE
COPY

I recieved this copy TODAY, 8/3/2012
Mack Butler

NAME: MARK Butler

P.N: 217709

8/3/2012

Loc. Riverhead corr. facility, 1 South west,

MENU

7/20/2012 - fish cakes, Beets, mash Potatoes, salad.

7/21/2012 - Red meat sauce, Kidney Beans, Rice, salad.

7/22/2012 - Red meat sauce meat patties, noodles, Green peas, salad.

7/23/2012 - Turkey, meat sauce, Rice, Lamma Beans, salad.

7/24/2012 - Chicken, Potatoes, Corn, salad.

7/25/2012 - Pasta meat sauce, mixed vegatables, salad.

7/26/2012 - meat sauce, french fries, corn, salad.

7/27/2012 - fish cakes, Beets, mash potatoes, salad.

7/28/2012 - Tuna, Noodles, Three Bean salad, salad.

7/29/2012 - Chicken, mash Potatoes, carrots, cheese Bread salad.

7/30/2012 - Meat sauce, Rice, Kidney Beans, salad.

7/31/2012 - meat sauce, noodles, salad.

8/1/2012 - meat sauce, mash potatoe, string Beans, salad.

8/2/2012 - meat patties, Noodles, Green peas, salad

8/3/2012 - fish cakes, Beet's, mash potatoes, salad

This is the same menu for the whole prison at Riverhead corr. facility.

This is Not a Reasonable Dietary meal established By my Religion Nor is it reasonably close, for it's the same yearly menu.